364 A.2d 405
Commonwealth ex rel. McKinney v.
McKinney et vir, Appellants.

Argued June 17, 1976.
William C. Gierasch, Jr., with him Stock and Leader, for appellants; Daniel W. Shoemaker, with him Shoemaker & Thompson, for appellee.

Order affirmed.

371 A.2d 246
Commonwealth ex rel. Tomaszewski v.
Tomaszewski, Appellant.

Argued March 22, 1976. Charles C. Shainberg, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.